UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMEN A. MILLER, Plaintiff, | ) ) ) ) ) |
| v. | ) Civil Action No. 07-0124 (JR) |
| UNITED STATES OF AMERICA[1] Defendant. | ) ) ) ) ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record for the Defendant in the above-captioned case.

Respectfully submitted,

/s/
Wyneva Johnson, D.C. BAR # 278515
Assistant United States Attorney
555 4th Street, N.W, Room E4106
Washington, D.C.  20530

---

[1] Defendant hereby amends the caption herein to reflect that the United States of America is the proper defendant.

CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing Notice of Appearance to be served by regular mail upon the *pro se* plaintiff on January 22, 2007, at the following address:

        BENJAMEN A. MILLER
        12321 Palermo Drive
        Silver Spring, MD 20904


        __/s/_____
        WYNEVA JOHNSON, DC Bar #278515
        Assistant United States Attorney
        Judiciary Center Bldg.
        555 4th Street, N.W., Civil Division
        Washington, D.C. 20530
        (202) 514-7224