UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMEN A. MILLER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0124 (JR) |
| UNITED STATES OF AMERICA[1] | ) |
| Defendant. | ) |

**DEFENDANT UNITED STATES OF AMERICA'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant United States of America respectfully moves the Court for an enlargement of time until March 19, 2007, to answer or otherwise respond to the Plaintiff's Complaint. A scheduling order has not been entered in this case. This is Defendant United States of America's first request for an enlargement of time. Plaintiff does not oppose this request for enlargement of time.

This case was originally filed in the Superior Court of the District of Columbia, but it was removed to the District Court on January 18, 2007. Fed. R. Civ. P. 81(c) requires a defendant to answer or present other defenses within 20 days after receipt through service or otherwise of a copy of the initial pleading, or within five days after the filing of the petition for removal, whichever is longer.

The additional time is requested so that counsel can complete the coordination and discussions with the agency for the filing of Defendant United States of America's answer or

---

[1] Defendant hereby amends the caption herein to reflect that the United States of America is the proper defendant.

response to the Complaint.

Such enlargement is consistent with the 60-day period that the United States is accorded to respond to complaints under Fed. R. Civ. P. 12(a)(3). There is good cause for the Court to grant this motion.

Wherefore, it is respectfully requested that Defendant United States of America have up to and including March 19th, 2007, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7224

CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing Motion for Extension of Time to be served by regular mail upon the *pro se* plaintiff on January 22, 2007, at the following address:

BENJAMEN A. MILLER
12321 Palermo Drive
Silver Spring, MD 20904


__/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BENJAMEN A. MILLER | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-0124 (JR) |
| UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

### **ORDER**

Upon consideration of Defendant United States of America's Unopposed Motion For Enlargement of Time, and for good cause shown, it is this _____ day of _____, 2007.

ORDERED, that Defendant's Motion should be, and it hereby is, granted, and that Defendant may have up to and including March 19, 2007 to file its answer or otherwise respond to Plaintiff's Complaint.

_____                              _____
Date                                                                     United States District Judge

Copies to:

Attorney for Defendant
Wyneva Johnson
Assistant United States Attorney
555 4th Street, NW,
Washington, D.C. 20530

Pro Se
BENJAMEN A. MILLER
12321 Palermo Drive
Silver Spring, MD 20904