FILED
JAN 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BENJAMEN A. MILLER )
12321 Palermo Drive )
Silver Spring, MD 20904, )
)
Plaintiff, )
)
v. ) CASE NUMBER 1:07CV00124
) JUDGE: James Robertson
LARRY F. ROSS ) DECK TYPE: TRO/Preliminary Injunctio
U.S. Department of Education )
400 Maryland Ave., S.W. ) DATE STAMP: 01/18/2007
Room 2W228 )
Washington, D.C., )
)
Defendant. )

## NOTICE OF REMOVAL OF A CIVIL ACTION

The United States of America, as the substituted defendant in this action, hereby files this notice of removal and states as follows:

1. Larry F. Ross, an employee of the United States Department of the Education, has been named as the defendant in a civil action now pending in the Superior Court of the District of Columbia, Civil Division, Civil Actions Branch, No. 0009122-06, entitled <u>Benjamen A. Miller v. Larry F. Ross</u>.

2. The statement of claim in the Superior Court case, attached hereto as Exhibit A, alleges that Mr. Larry F. Ross, an employee of the Department of Education, made an alleged statement in a meeting that "if he [Mr. Ross] wasn't a minister, he [Mr. Ross] would kick Ben Miller's a_ _". The statement was allegedly made sometime between October 12 and 16, 2006. Jeffrey A. Taylor, United States Attorney has certified pursuant to 28 U.S.C. § 2679(d)(2) that

Mr. Larry F. Ross was acting within the scope of his employment at the time of the making of the alleged defamatory statement. A copy of the certification is attached hereto as Exhibit B. Pursuant to 28 U.S.C. § 2679(d)(2), the United States is now substituted for Mr. Larry F. Ross as the defendant in this action.

3. Mr. Larry F. Ross was served with the complaint by certified mail on January 17, 2007. The United States Attorney's Office has not yet been served in the matter. Where, such as in this case, a federal employee is sued individually in tort for actions done within the scope of his authority as an employee of the United States, 28 U.S.C. § 2679(d)(2) provides for removal "at any time before trial."

4. The statement of claim, attached hereto as Exhibit A, is the only process, pleading, or order in the possession of the United States.

5. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446, since plaintiff's action against Mr. Larry F. Ross is one in which the District Court has original jurisdiction, in that Mr. Larry F. Ross is an employee of the United States and the United States has been properly substituted for him as the defendant in this case.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446.

Respectfully submitted,

/s/ *(signature)*
JEFFREY A. TAYLOR, D.C. BAR # 498610
Assistant United States Attorney

/s/ *(signature)*
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ *(signature)*
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division
Civil Actions Branch

| | |
|---|---|
| BENJAMEN A. MILLER<br>12321 Palermo Drive<br>Silver Spring, MD 20904,<br><br>   Plaintiff,<br><br>  v.<br><br>LARRY F. ROSS<br>U.S. Department of Education<br>400 Maryland Ave., S.W.<br>Room 2W228<br>Washington, D.C.,<br><br>   Defendant. | No. SC 0009122-06 |

NOTICE OF FILING OF NOTICE OF
REMOVAL OF A CIVIL ACTION

TO: BENJAMEN A. MILLER
   12321 Palerma Drive
   Silver Spring, MD 20904

Plaintiff pro se

PLEASE TAKE NOTICE that on January 19, 2007, the United of America, as the

substituted defendant in this case, filed with the Clerk of the United States District Court for the

District of Columbia a notice of removal of above-captioned case from the Superior Court of the

District of Columbia. The Superior Court of the District of Columbia "shall proceed no further

unless and until the case is remanded." 28 U.S.C. § 1446(d).

Respectfully submitted,

/s/ *Jeffrey A. Taylor*
JEFFREY A. TAYLOR, D.C. BAR # 498610
Assistant United States Attorney

/s/ *Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ *Wyneva Johnson*
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing Notice of Removal and Notice of Filing of Notice of Removal to be served by next-day delivery upon the *pro se* plaintiff on January 18, 2007, at the following address:

>BENJAMEN A. MILLER
>12321 Palermo Drive
>Silver Spring, MD 20904

>/s/ Wyneva Johnson
>WYNEVA JOHNSON, DC Bar #278515
>Assistant United States Attorney
>Judiciary Center Bldg.
>555 4th Street, N.W., Civil Division
>Washington, D.C. 20530
>(202) 514-7224

# CIVIL COVER SHEET

JS-44
(Rev. 2/01 DC)

**I (a) PLAINTIFFS**
Benjamen A. Miller
12321 Palermo Drive
Silver Spring, MD 20904

**DEFENDANTS**
~~United States of America~~    Larry F. Ross
~~c/o United States Attorney~~
~~District of Columbia~~
~~Wash., D.C. 20530~~

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: In land condemnation cases, use the location of the tract of land involved.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Plaintiff is Pro Se
Home Phone: (301) 572-7256
Business Phone: (202) 245-6813

CASE NUMBER  1:07CV00124
JUDGE: James Robertson
DECK TYPE: TRO/Preliminary Injunction
DATE STAMP: 01/18/2007

**II BASIS OF JURISDICTION** (SELECT ONE BOX ONLY)
- ( ) 1 U.S. Government Plaintiff
- ( ) 3 Federal Question (U.S. Government Not a Party)
- (●) 2 U.S. Government Defendant
- ( ) 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES**
- Citizen of this State: ( )1 ( )1
- Citizen of Another State: ( )2 ( )2
- Citizen or Subject of a Foreign Country: ( )3 ( )3
- Incorporated or Principal Place of Business in This State: ( )4 ( )4
- Incorporated and Principal Place of Business in Another State: ( )5 ( )5
- Foreign Nation: ( )6 ( )6

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Select one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**A. Antitrust**
- [ ] 410 Antitrust

**B. Personal Injury/Malpractice** ✓
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [X] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 368 Asbestos Product Liability

**C. Administrative Agency Review**
- [ ] 151 Medicare Act

Social Security:
- [ ] 861 HIA ((1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g)
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

Other Statutes:
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

**D. Temporary Restraining Order/Preliminary Injunction** ●

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**E. General Civil (Other)** OR **F. Pro Se General Civil**

Real Property
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

Personal Property
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

Bankruptcy
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

Prisoner Petitions
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

Property Rights
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

Forfeiture/Penalty
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

Federal Tax Suits
- [ ] 870 Taxes (US plaintiff or defendant)
- [ ] 871 IRS-Third Party 26 USC 7609

Other Statutes
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced & Corrupt Organizations
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 900 Appeal of fee determination under equal access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. Habeas Corpus/2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding  ⊙ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Common Law Tort, Federal Tort Claims Act, 28 USC §§ 2671 et. seq.

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ _____   Select YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)  ☐ YES ☒ NO   If yes, please complete related case form.

DATE 1/18/06   SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

Benjamen A. Miller, Plaintiff
12321 Palermo Drive
Silver Spring, Md. 20904

Larry F. Ross, Defendants
U.S. Dept. of Education
400 Maryland Ave, S.W.
Room 2W228
Washington, D.C. 20202-4550

COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amend[ed]

See Attachment A.

Reimbursement of $160.00 plus any othe[r] costs for filing of this action.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $_____ with interest and costs.

Phone: (301) 467-4___

DISTRICT OF COLUMBIA, ss

x Benjamen A. Miller, being first duly sworn on oath deposes an[d] foregoing is a just and true statement of the amount owing by defendant to the paintiff, [ ] set-off and just grounds of defense.

FILED
07 0124
JAN 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(Plaintiff) /s/ Benjamen A. Mil[ler]

Subscribed and sworn to before me this ___ day of DEC 29 2006

Notary Public/Deputy Clerk

FORM CV-1013/Nov. 69    Case: 2006 CA 009172 B


EXHIBIT A

Benjamen A. Miller,

Larry F. Ross,    Defendant    No.

## MOTION - (Pro-Se)

MOTION OF: x Benjamen A. Miller for TRO (Stay away)

(State briefly what you want the Court to do) So as to alleviate fear and provide some protection against physical attack, assault, or any interference by Larry F. Ross who has expressed the desire to others to "kick Ben Miller's ass".

Printed name: x Benjamen A. Miller
Address: 12321 Palermo Drive
Silver Spring, Md. 20904

Signature: x Benjamen A. Miller
Home phone no. (301) 572-7256
Business phone no. (202) 245-6813

### CERTIFICATE OF SERVICE

On ✓ _____ 20 ___. I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

Name: Larry F. Ross
Address: U.S. Dept. of Education
400 Maryland Ave., S.W., Rm. 2W228
Washington, DC 20202-4550

Name:
Address:

x Benjamen A. Miller
Signature

### POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

The plaintiff in performing his job responsibilities must at times visit the 400 Maryland Ave., S.W. site. Plaintiff is seeking protection against defendant who works at this Washington, DC. address.

x Benjamen A. Miller
Signature

Form CV-393/Doc. 110

## STATEMENT OF BENJAMEN A. MILLER

On or about October 26, 2006, I received from an unidentified source through the mail at my home in Silver Spring, Maryland, and thereafter found in an envelope placed under the windshield wiper of my automobile, which I observed while parked in a public garage at Potomac Center Plaza on 12th St., S.W. in Washington, D.C., a copy of an e-mail message, dated October 19, 2006 from Gwendolyn Washington, a senior EEO staff person, addressed to Raosoft, Inc., with copies to David Wortham, Frank Furey, Michell Clark, Donna Butler, Vicki Trietsch, Ted Andreasian, and Margaret Spellings.

With reference to Larry Ross, the U.S. Department of Education's relatively new EEO Staff Director, Gwendolyn Washington wrote in her e-mail message the following:

> Because of a disagreement he had with Ben Miller, a union representative, he ordered that if Ben Miller a union representative comes in the office we are to call security and have him escorted out of the office. He said that when Sometime between October 12th and 16th, he sat in a meeting with me and Bob (Robert Kilpatrick, a senior EEO staff person) and said, if he wasn't a minister, he would kick Ben Miller's ass. This man is the EEOS Director

In view of the foregoing statements attributed to Larry Ross, I am very fearful of being caused further stress, anxiety, and humiliation by being improperly and unlawfully taken into custody and/or ejected by security or law enforcement personnel from the agency's EEO staff office, and the building housing the agency's EEO staff office, based upon false or unsubstantiated claims or charges of misconduct or wrongdoing directed against me by Larry Ross. It is often necessary for me to visit the agency's EEO staff office in the course of performing my responsibilities as a union representative in representing employees with EEO complaints against the agency, and in representing myself as an agency employee in EEO complaints against the agency.

I am also very fearful of being physically attacked or assaulted by Larry Ross based upon his reported expression of a desire or threat to "kick Ben Miller's ass".

I am therefore requesting that the statements attributed to Larry Ross concerning me be investigated, and that appropriate actions, protective and otherwise, be taken as necessary. I further ask that I be informed in writing of those actions.

Signed: *Benjamen A. Miller*
Benjamen A. Miller

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
Washington, D.C. 20001

x Benjamen A. Miller, *Plaintiff*

vs.

— Larry F. Ross, *Defendant*

Civil Action No. 0009172-06

## ORDER

Upon consideration of the motion ___TRO___

filed by x Benjamen A. Miller, plaintiff and def being served and failed to appear

and after hearing argument on behalf of ~~all parties~~ concerned, it is, by the Court, this ___4th___

day of ___Jan.___, 20 __07__,

ORDERED:

(1) That the motion be, and it is hereby, ☐ GRANTED ☑ DENIED

(2) That parties shall next appear on Jan 19, 2007 @ 10:30 AM before Judge Anderson, Courtroom A-50, Calendar 1 to schedule plaintiff's Motion for Preliminary Injunction.

A TRUE COPY
Copies to:
TEST:

*[Deputy Clerk signature]*
Superior Court of the District of Columbia
Deputy Clerk

*[Judge signature]*
JUDGE

Form CV-545/Apr.03

Post Office Box 23163
Washington, D.C. 20026-3163

RECEIVED
U.S. DEPT. OF EDUCATION
EEO
2007 JAN 17 PM 12:00

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

7006 0810 0005 6235 5831

Larry F. Ross
U. S. Department of Education
EEO Services, Room 2W228
400 Maryland Ave., S.W.
Washington, D.C. 20202-4550




UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMEN A. MILLER<br>12321 Palermo Drive<br>Silver Spring, MD 20904,<br><br>    Plaintiff,<br><br>v.<br><br>LARRY F. ROSS<br>U.S. Department of Education<br>400 Maryland Ave., S.W.<br>Room 2W228<br>Washington, D.C.,<br><br>    Defendant. | Civil Action No. _____ |

## WESTFALL CERTIFICATION

I, Jeffrey A. Taylor, United States Attorney for the District of Columbia, pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, hereby certify that I have read the statement of claim filed in Benjamen A. Miller v. Larry F. Ross, No. SC 0009122-06, Superior Court of the District of Columbia, Civil Division, Civil Actions Branch. On the basis of the information now available to me with respect to the incident alleged therein, I find that Larry F. Ross was acting within the scope of his employment as an employee of the United States at the time of the making of the alleged statement.

January 18, 2006

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney for the District of Columbia

07 0124

FILED
JAN 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


EXHIBIT B