UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BENJAMEN A. MILLER, <br> Plaintiff, <br> v. <br> UNITED STATES OF AMERICA, <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-0124 (JR) |

### MOTION TO AMEND THE CASE CAPTION

Defendant hereby moves the Court to amend the caption of this civil action to reflect that the United States of America is the proper defendant.

Due to an inadvertence, Larry Ross was incorrectly listed as the defendant in this action. Counsel for Defendant United States regrets any inconvenience to the Court and to Plaintiff for this inadvertence.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
WYNEVA JOHNSON, D.C. BAR # 278515
Assistant United States Attorney
501 3rd Street, N.W., Room E4106
Washington, D.C.  20530

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing to be served by regular mail upon the *pro se* plaintiff on January 26, 2007, at the following address:

> BENJAMEN A. MILLER
> 12321 Palermo Drive
> Silver Spring, MD 20904

> __/s/_____
> WYNEVA JOHNSON, DC Bar #278515
> Assistant United States Attorney
> 501 3rd Street, N.W., E4106
> Washington, D.C. 20530
> (202) 514-7224

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMEN A. MILLER | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0124 (JR) |
| UNITED STATES OF AMERICA | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant United States of America's Motion to Amend the Case Caption and for good cause shown, it is this _____ day of _____, 2007.

ORDERED, that Defendant's Motion should be, and hereby is, granted and that the case caption in this civil-action will hereinafter reflect that the United States of America is the proper defendant.

_____                              _____
Date                                                United States District Judge

Copies to:

Attorney for Defendant                              Pro Se
Wyneva Johnson                                       Benjamen A. Miller
Assistant United States Attorney                     12321 Palermo Drive
501 3rd Street, N.W., E4106                          Silver Spring, MD 20904
Washington, D.C. 20530