**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
BENJAMEN A. MILLER,               :
                                  :
        Plaintiff,                :
                                  :
    v.                            :  Civil Action No. 07-0124 (JR)
                                  :
UNITED STATES OF AMERICA,         :
                                  :
        Defendant.                :
                                  :
```

**ORDER**

Pending before the Court is defendant's motion to dismiss [#5]. Because plaintiff is proceeding *pro se*, the Court hereby advises plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." Id. at 509. It is

**ORDERED** that plaintiff shall respond to defendant's motion to dismiss [5] **within 30 days of this order**. If plaintiff fails to file a timely response, the Court may treat defendant's motion as conceded and dismiss the complaint.

JAMES ROBERTSON
United States District Judge