UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENJAMEN A. MILLER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-0124 (JR) |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

### ORDER

Plaintiff having failed to respond to defendant's motion to dismiss within the additional time permitted by this Court's order of 4/5/07 [5], the motion is **granted as conceded**, and this case is **dismissed**. This is a final, appealable order.

JAMES ROBERTSON
United States District Judge